## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of California

Case Number: 3:22-CV-06702 CRB

Plaintiff:
**THE SAC AND FOX NATION OF OKLAHOMA**

vs.

Defendant:
**MCKINSEY & CO., MCKINSEY HOLDINGS, INC., ET AL**

For:
Juan Martinez
Morgan & Morgan (Tampa)
201 North Franklin Street
Tampa, FL 33602

Received by Tampa Process, LLC on the 14th day of December, 2022 at 12:06 pm to be served on **ZS ASSOCIATES, INC. C/O ILLINOIS SERVICE CORPORATION, 801 ADLAI STEVENSON DRIVE, SPRINGFIELD, IL 62703.**

I, Cristine Crawford, do hereby affirm that on the **16th day of December, 2022 at 2:06 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Redacted Complaint and Un Redacted Complaint** with the date and hour of service endorsed thereon by me, to: **Manny Cannon** as **Document Specialist** for **ZS ASSOCIATES, INC.**, at the address of: **ZS ASSOCIATES, INC C/O ILLINOIS SERVICE CORPORATION.801 ADLAI STEVENSON DRIVE, SPRINGFIELD, IL 62703**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 32, Sex: M, Race/Skin Color: Black, Height: 5'8, Weight: 195, Hair: Black, Glasses: Y

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

*Cristine Crawford*
**Cristine Crawford**
Process Server 129.466047

**Tampa Process, LLC**
**P O Box 271986**
**Tampa, FL 33688**
**(813) 964-9159**

Our Job Serial Number: IST-2022005507
Ref: 2022005507

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

Job#: 8104208
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>THE SAC AND FOX NATION OF OKLAHOMA<br>**Defendant / Respondent:**<br>MCKINSEY & CO., INC., et al | **AFFIDAVIT OF SERVICE**<br>Index No:<br>3:22-CV-06702 CRB |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in Bronx County. That on Mon, Dec 19 2022 AT 02:13 PM AT 28 LIBERTY ST 42ND FLOOR, NEW YORK, NY 10005-0058 deponent served the within SUMMONS, REDACTED COMPLAINT AND UNREDACTED COMPLAINT on PUBLICIS HEALTH, LLC C/O CT CORPORATION SYSTEM

☐ **Non-Service:**

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** by delivering a true copy of each to Kartik Pandya personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Intake Specialist thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** The office also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40   Ethnicity: Middle Eastern   Gender: Male   Weight: 170
Height: 5'7"   Hair: Black   Eyes: ___   Relationship: Intake Specialist
Other: ___

Ivan Gregg
2072478-DCA

Sworn to before me on December, 19 2022

Jack Johnson
Notary Public, State of New York
No. 01JO6404602
Qualified in Kings County
Commission Expires 2/24/2024

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of California

Case Number: 3:22-CV-06702 CRB

Plaintiff:
**THE SAC AND FOX NATION OF OKLAHOMA**

vs.

Defendant:
**MCKINSEY & CO., MCKINSEY HOLDINGS, INC., ET AL**

For:
Juan Martinez
Morgan & Morgan (Tampa)
201 North Franklin Street
Tampa, FL 33602


IST2022005508

Received by Tampa Process, LLC on the 14th day of December, 2022 at 12:53 pm to be served on **PRACTICE FUSION, INC. C/O NATIONAL REGISTERED AGENTS, INC., 330 N. BRAND BLVD., SUITE 700, GLENDALE, CA 91203**.

I, JEFF LEVINE, do hereby affirm that on the **19th day of December, 2022** at **12:28 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons, Redacted Complaint and Un Redacted Complaint** with the date and hour of service endorsed thereon by me, to: **JESSIE GASTELUM** as **AUTHORIZED TO ACCEPT FOR R/A** for **PRACTICE FUSION, INC.**, at the address of: **330 N. BRAND BLVD., SUITE 700, GLENDALE, CA 91203**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I heave read the foregoing and that facts in it are true and correct. Pursuant to F.S. 92.525 (2) I have no interest in the above action and no notary is required.

**JEFF LEVINE**
Process Server

Tampa Process, LLC
P. O. Box 271986
Tampa, FL 33688
(813) 964-9159

Our Job Serial Number: IST-2022005508

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1p

## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of California

Case Number: 3:22-CV-06702 CRB

Plaintiff:
**THE SAC AND FOX NATION OF OKLAHOMA**

vs.

Defendant:
**MCKINSEY & CO., MCKINSEY HOLDINGS, INC., ET AL**


IST2022005505

For:
Juan Martinez
Morgan & Morgan (Tampa)
201 North Franklin Street
Tampa, FL 33602

Received by Tampa Process, LLC on the 14th day of December, 2022 at 12:53 pm to be served on **ALLSCRIPTS HEALTHCARE SOLUTIONS, INC. C/O CT CORPORATION, 208 S. LASALLE STREET, SUITE 814, CHICAGO, IL 60604**

I, KERI FULLERTON, do hereby affirm that on the **19th day of December, 2022** at **9:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Redacted Complaint and Un Redacted Complaint** with the date and hour of service endorsed thereon by me, to: **LEFT IN PROVIDED DROP BOX** as **PER INSTRUCTIONS** for **ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.**, at the address of: **208 S. LASALLE STREET, SUITE 814, CHICAGO, IL 60604**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
AS PER THE POSTED PROCESS SERVING INSTRUCTIONS, THE DOCUMENTS WERE PLACED IN THE AVAILABLE BASKET NEAR THE FRONT DOOR OF THE CT CORP OFFICES....PHOTOS WERE ALSO TAKEN OF THEIR PLACEMENT....

Under penalty of perjury, I declare that I heave read the foregoing and that facts in it are true and correct. Pursuant to F.S. 92.525 (2) I have no interest in the above action and no notary is required.

**KERI FULLERTON**
Process Server

**Tampa Process, LLC**
P. O. Box 271986
Tampa, FL 33688
(813) 964-9159

Our Job Serial Number: IST-2022005505

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1p